MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| PAMELA GREEN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-01288-SKO<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 35 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 35 additional days to respond to Plaintiff's brief. The current due date is June 7, 2019. The new due date will be July 12, 2019.

This is Defendant's first request for an extension of time and the first request in this case overall. There is good cause for this request. Since the filing of Plaintiff's brief, Defendant's counsel has worked on about 18 district court and bankruptcy matters, some of which required more time to complete than anticipated, and has at least 20 cases until July 12, 2019, including this case, that she is shifting around to prioritize her older cases where possible.

1

Thus, Defendant is respectfully requesting additional time up to and including July 12, 2019, to respond to Plaintiff's brief.  This request is made in good faith with no intention to unduly delay the proceedings.  Defendant apologizes for the delay and any inconvenience caused by the delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: June 5, 2019                    OSTERHOUT BERGER DISABILITY LAW

*s/ Mark D. Barrett by C.Chen\**
(As authorized by email on 6/5/2019)
MARK D. BARRETT
Attorneys for Plaintiff

Date: June 5, 2019                    MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' above stipulation (Doc. 14), and for good cause shown, Defendant shall file her response to Plaintiff's opening brief on or before July 12, 2019.  Plaintiff shall have up to and including July 25, 2019 to file a reply to Defendant's response.  All other terms and directives in the Court's Scheduling Order (Doc. 3), remain unchanged.

IT IS SO ORDERED.

Dated:   **June 6, 2019**                    /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE